*Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Carlton Fox* for respondent.

No. 894. LUNDGREN *v.* UNITED STATES. May 22, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Thomas O. Marlar* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Mr. Robert S. Erdahl* for the United States.

No. 897. WARDEN *v.* CITY OF ST. LOUIS. May 22, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Harold Olsen* for petitioner. *Mr. Lawrence C. Kingsland* for respondent.

No. 906. WATSON *v.* MASSACHUSETTS MUTUAL LIFE INSURANCE Co.; and

No. 907. WATSON *v.* MASSACHUSETTS MUTUAL LIFE INSURANCE Co. May 22, 1944. Petition for writs of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. Seth W. Richardson, Alfons B. Landa, Raymond C. Cushwa,* and *Warren E. Magee* for petitioners. *Mr. Leopold V. Freudberg* for respondent.

No. 908. GEORGE LAWLEY & SON CORP. *v.* SOUTH. May 22, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Paul B. Sargent* for petitioner. *Mr. Thomas H. Mahony* for respondent. *Solicitor General Fahy, Mr. Douglas B. Maggs,* and *Miss Bessie Margolin* filed a memorandum on

behalf of the Administrator of the Wage and Hour Division, U. S. Dept. of Labor, as *amicus curiae,* opposing the petition.

No. 909. PHOENIX-EL PASO EXPRESS, INC. *v.* NATIONAL CARLOADING CORP. May 22, 1944. Petition for writ of certiorari to the Supreme Court of Texas denied. *Mr. Robert L. Holliday* for petitioner. *Messrs. Robert E. Quirk* and *Thornton Hardie* for respondent.

Nos. 911, 912, and 913. CHICAGO & EASTERN ILLINOIS RAILROAD CO. ET AL. *v.* GRAND TRUNK WESTERN RAILROAD CO. ET AL. May 22, 1944. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Arthur M. Cox, Frederic H. Stafford, Andrew J. Dallstream, Carleton S. Hadley,* and *Elmer W. Freytag* for petitioners. *Messrs. John C. Slade, Frank H. Towner, Bryce L. Hamilton, H. V. Spike, Clyde E. Shorey,* and *Fred Barth* for respondents.

No. 916. BERKSHIRE KNITTING MILLS *v.* NATIONAL LABOR RELATIONS BOARD. May 22, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Joseph W. Henderson, Wellington M. Bertolet,* and *George M. Brodhead, Jr.* for petitioner. *Solicitor General Fahy, Mr. Alvin J. Rockwell,* and *Miss Ruth Weyand* for respondent.

No. 921. CITY OF NEW YORK *v.* BROOKLYN EASTERN DISTRICT TERMINAL. May 22, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second